

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00036-CR

Roberto Hirineo **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-10-14239-CRSI2
Honorable J. Manuel Banales, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 3, 2021.

_____
Lori I. Valenzuela, Justice